# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>NICHOLAS RAZO-MARMOLEJO,<br>    Defendant. | Case No.: 4:20-00324-01-CR-W-RK<br><br>Date: Friday, July 29, 2022 |

## MINUTE SHEET

The Honorable Roseann Ketchmark, presiding at Kansas City, Missouri

Nature of Proceeding: Change of Plea

Time commenced: 1:53 p.m.  Time terminated: 2:53 p.m.

## APPEARANCES

Plaintiff's counsel: Bruce A. Rhoades, AUSA
Defendant's counsel: Sean W Pickett, Retained
Probation officer: Kyle Estes
Interpreter: Ana Cox

(1:53 PM) **PROCEEDINGS IN COURTROOM:** Defendant appears to change his plea from not guilty to guilty to count(s) **One and Nine, Five and Ten, the lesser-included offense of Count Twelve**, **Count Thirteen, and the allegation forfeiture, which includes a money Judgment,** of the Indictment, filed 11/04/2020.

Interpreter sworn. Defendant sworn. Charge and range of punishment read. Court questions defendant regarding physical and mental condition. Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges. Written Plea Agreement filed with corrections via interlineation as to Pages 2, 4, and 7. Court accepts defendant's plea; defendant adjudged guilty. Court orders Presentence Investigation Report.

Defendant remanded to the custody of the U.S. Marshals.

---

Court Reporter: Kathy Calvert  Courtroom Deputy: LaTandra Wheeler